Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Tyler H.L. Tornabene
Daniel Hugo Fruchter
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICK T. GRAY and<br>GRAY FARMS & CATTLE CO. LLC.,<br><br>　　　　Defendants | No.: 1:21-CV-03126-TOR<br><br>UNITED STATES' MOTION<br>FOR ENTRY OF DEFAULT |

The United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, Tyler H.L. Tornabene and Daniel Hugo Fruchter, Assistant United States Attorneys, respectfully move for an order of default, pursuant to Fed. R. Civ. P. 55(a) and LCivR 55(a), as to defendants Rick T. Gray and Gray Farms & Cattle Co. LLC., in that the defendants have not pleaded, answered, or otherwise defended against the affirmative relief sought in this cause as required by law.

MOTION FOR ENTRY OF DEFAULT - 1

Pursuant to LCivR 55(a), "Upon motion, the Clerk of Court shall enter the default of any party against whom a judgment for affirmative relief is sought and who has failed to plead or otherwise defend."

This motion is based upon the attached Declaration of Tyler H.L. Tornabene, the exhibit attached thereto, and the records and files herein.

RESPECTFULLY SUBMITTED: February 15, 2022.

Vanessa R. Waldref
United States Attorney

*s/Tyler H.L. Tornabene*
Tyler H.L. Tornabene
Assistant United States Attorney

MOTION FOR ENTRY OF DEFAULT - 2

## ***CERTIFICATE OF SERVICE***

I HEREBY CERTIFY that on February 15, 2022, a true and correct copy of the foregoing was sent by reliable electronic means to attorney Brian J. Waid, for Defendant Rick Gray and Defendant Gray Farms & Cattle Company, LLC, as follows:

>Brian J. Waid
>Waid Law Office, PLLC
>5400 California Ave. SW, Suite D
>Seattle, WA 98136
>Phone: (206) 388-1926
>Email: bjwaid@waidlawoffice.com

*s/ Tyler H.L. Tornabene*
Assistant United States Attorney

MOTION FOR ENTRY OF DEFAULT - 3