# EXHIBIT A



# U.S. Department of Justice
*United States Attorney's Office*

Thomas S. Foley U.S. Courthouse    (509) 353-2767
Post Office Box 1494, Ste. 340    fax (509) 835-6397
Spokane, Washington 99210-1494

January 26, 2022

Sent via first-class and certified mail

Brian J. Waid
Waid Law Office, PLLC
5400 California Ave. SW, Suite D
Seattle, WA 98136

    ***Also sent via email to avoid delay to***: bjwaid@waidlawoffice.com

    Re:    *U.S. v. Rick Gray and Gray Farms & Cattle Co., LLC.,*
             Cause No. 1:21-CV-03126-TOR
             NOTICE OF INTENT TO FILE A DEFAULT FOR FAILURE TO
             APPEAR, ANSWER, OR RESPOND

Dear Mr. Waid:

    You are receiving this Notice because more than 21 days has passed since each of your clients, Rick Gray and Gray Farms & Cattle Co., LLC, were each served with the Complaint and neither you nor your clients nor anybody on their behalf have responded to the Complaint. Unless your clients each properly respond in this cause within fourteen (14) days from the date of this Notice, the United States will seek an entry of default, pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55.1(a).

                                          Vanessa Waldref
                                          United States Attorney

                                          Tyler H.L. Tornabene
                                          Assistant United States Attorney



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BRIAN J. WAID
WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVE. SW, SUITE D
SEATTLE, WA 98136

9590 9402 3990 8079 1412 76

2. Article Number (Transfer from service label)

7016 2070 0000 0317 4947

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

Brian J. Waid
Waid Law Office, PLLC
5400 California Ave. SW, Suite D
Seattle, WA 98136



Official Business
U.S. Department of Justice
United States Attorneys Office
Eastern District of Washington
P.O. Box 1494
Spokane, Washington 99210-1494

7016 2070 0000 0317 4947

CERTIFIED MAIL



ZIP 99201 $ 007.33⁰
0001131782 JAN. 26. 2022
02 4W
PITNEY BOWES

US OFFICIAL MAIL · PENALTY FOR PRIVATE USE $300

# USPS Tracking®

FAQs >

### Track Another Package +

Remove X

**Tracking Number:** 70162070000003174947

Your item was delivered to an individual at the address at 11:41 am on January 31, 2022 in SEATTLE, WA 98136.

USPS Tracking Plus™ Available 

## ✓ Delivered, Left with Individual

January 31, 2022 at 11:41 am
SEATTLE, WA 98136

Get Updates 

Feedback

---

Text & Email Updates ∨

---

Tracking History ∧

January 31, 2022, 11:41 am
Delivered, Left with Individual
SEATTLE, WA 98136
Your item was delivered to an individual at the address at 11:41 am on January 31, 2022 in SEATTLE, WA 98136.

---

January 30, 2022
In Transit to Next Facility

**January 29, 2022, 7:28 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**January 28, 2022, 11:05 am**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**January 27, 2022, 4:15 am**
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**January 26, 2022, 6:26 pm**
Arrived at USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

USPS Tracking Plus™ ⌄

Product Information ⌄

Feedback

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

7016 2070 0000 0317 4947

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage
$
Total
$

Sent To: BRIAN J. WAID
Street: WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVE. SW, SUITE D
City: SEATTLE, WA 98136
RE: 1:21-CV-03126 (HH)

RECEIVED JAN 26 2022 UNITED STATES ATTORNEY SPOKANE, WA

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
BRIAN J. WAID
WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVE. SW, SUITE D
SEATTLE, WA 98136

9590 9402 3990 8079 1412 76

2. Article Number (Transfer from service label)
7016 2070 0000 0317 4947

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sandra Modha_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C.M.                              1/31/22

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt