**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 21-cv-03126-TOR** |
| **Plaintiff,** | |
| **vs.** | ANSWER AND AFFIRMATIVE DEFENSES |
| **RICK GRAY and GRAY FARMS & CATTLE COMPANY, LLC,** | |
| **Defendants.** | |

COME NOW Defendants RICK GRAY and GRAY FARMS & CATTLE COMPANY, LLC, and for their Answer to the Complaint filed against them, admit, deny, and aver as follows:

**A.    ANSWER**

1.    The allegations set forth in Complaint ¶1 do not allege any conduct of either defendant and therefore does *not* require an Answer from Defendants.  Defendants nevertheless deny the allegations set forth in

Answer and Affirmative Defenses
Page 1 of 2

**WAID LAW OFFICE, PLLC**
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

Complaint ¶1 for lack of sufficient information upon which to justify a reasonable belief and/or out of an abundance of caution.

2. Defendants deny the allegations set forth in Complaint ¶2.

3. Defendants deny the allegations set forth in Complaint ¶3.

4. Defendants admit that the Court has jurisdiction over this matter and that venue is proper in this Court but deny each and every remaining allegation set forth in set forth in Complaint ¶4 of the Complaint.

5. Defendants admit that the Court has jurisdiction over this matter and that venue is proper in this Court but deny each and every remaining allegation set forth in set forth in Complaint ¶5 of the

6. Defendants admit the allegations set forth in Complaint ¶6.

7. The allegations set forth in Complaint ¶7 merely allege conclusions of law and do not require an Answer by defendants. Defendants nevertheless deny the allegations set forth in Complaint ¶7 out of an abundance of caution and for lack of sufficient information upon which to justify a reasonable belief.

**Answer and Affirmative Defenses**
Page 2 of 2

**WAID LAW OFFICE, PLLC**
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

8.    The allegations set forth in Complaint ¶8 merely allege conclusions of law and do not require an Answer by defendants. Defendants nevertheless deny the allegations set forth in Complaint ¶8 out of an abundance of caution and for lack of sufficient information upon which to justify a reasonable belief.

9.    Defendants deny the allegations set forth in Complaint ¶9 for lack of sufficient information upon which to justify a reasonable belief.

10.    Defendants admit that Defendant Rick T. Gray was a resident of the Eastern District of Washington with wheat farming operations in Klickitat County, Washington, located in the Eastern District of Washington.  Defendants further admit that Defendant Rick T. Gray sought and received federally reinsured crop insurance for his wheat famring operations in 2015 and/or 2016.  Defendants deny the remaining allegations set forth in Complaint ¶10, including those for which Defendants lack sufficient information upon which to justify a reasonable belief.

11.    Defendants admit that Gray Farms & Cattle Co., LLC is a

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

1  limited liability company incorporated in the State of Washington, with its

2
3  principal place of business in the Eastern District of Washington and that

4  Defendant Rick T. Gray is currently the manager of Defendant Gray Farms

5  & Cattle Co., LLC.  Defendants deny the remaining allegations set forth in

6
7  Complaint ¶11, including those for which Defendants lack sufficient

8  information upon which to justify a reasonable belief.

9        12.    The allegations set forth in Complaint ¶¶12-31 merely allege

10
11  conclusions of law and do not require an Answer by defendants.

12  Defendants nevertheless deny the allegations set forth in Complaint ¶¶12-

13  31 out of an abundance of caution and for lack of sufficient information

14
15  upon which to justify a reasonable belief.

16        13.    Defendants admit that Gray Farms & Cattle Co. obtained

17  federally insured loans for its wheat operations in Klickitat County,

18
19  Washington on various occasions, and that the loan documentation is the

20  best evidence of those loans.  Defendants nevertheless deny the allegations

21  set forth in Complaint ¶¶32-44 pending discovery and for lack of sufficient

22
23  information upon which to justify a reasonable belief.

24
25

**Answer and Affirmative Defenses**
Page 4 of 2

**WAID LAW OFFICE, PLLC**
**5400 CALIFORNIA AVENUE SW, SUITE D**
**SEATTLE, WA 98136**
**206.388.1926**

14.    Defendants deny the allegations set forth in Complaint ¶¶45-47 and places Plaintiff on strict proof thereof, because Columbia State Bank—and *not* Defendants—changed the operator from Gray Farms to Gray Land & Cattle Co.

15.    Defendants deny the allegations set forth in Complaint ¶¶48-73 and places Plaintiff on strict proof thereof.

16.    Defendants deny the allegations set forth in Complaint ¶¶74-101 and place Plaintiff on strict proof thereof.

**B.    Affirmative Defenses**

17.    Plaintiff must prove its allegations of fraud by clear and convincing evidence.

18.    Failure to state a claim upon which relief may be granted.

19.    Defendants followed the instructions provided to them by Columbia State Bank, Farm Service Agency, and Manley Crop Insurance, including relative to 2015 and 2016, in connection with "old wheat" from prior year(s) which was never co-mingled with "new wheat" from a current crop year.

**Answer and Affirmative Defenses**
Page 5 of 2

**WAID LAW OFFICE, PLLC**
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

20.    Statute of limitations;

21.    Third party fault in that Manley Crop Insurance, RMA and/or RCIS falsified documents which have given rise to the allegations against defendants.

22.    Defendants reserve the right to supplement and amend this Answer, including by addition of such other and different defenses as may be available to them or either one of them.

WHEREFORE Defendants pray that the Complaint against them be dismissed, with prejudice, taxing all costs against the Plaintiff, and an award of such other and different relief as the Court may deem just and equitable, including an award of reasonable attorney fees if allowed under applicable law.

DATED:   February 15, 2022.

WAID LAW OFFICE, PLLC

BY:   /s/Brian J. Waid
        BRIAN J. WAID
        WSBA No.  26038
        Attorney for Defendants
        [Limited Engagement]

**Answer and Affirmative Defenses**
Page 6 of 2

**WAID LAW OFFICE, PLLC**
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

1

## **CERTIFICATE OF SERVICE**

2

3          I hereby certify that on February 15, 2022, I served a copy of foregoing
pleading on all counsel of record through their respective attorneys of record via the
Court's ECF delivery system.

4

5          Dated:    February 15, 2022.

6                                              WAID LAW OFFICE, PLLC

7                                              BY:____/s/ Brian J. Waid_____
8                                                     BRIAN J. WAID
                                                      WSBA No. 26038
9                                                     Attorney for Defendants
                                                      [Limited Engagement]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Answer and Affirmative Defenses**
Page 7 of 2

**WAID LAW OFFICE, PLLC**
**5400 CALIFORNIA AVENUE SW, SUITE D**
**SEATTLE, WA 98136**
**206.388.1926**