1  Brian J. Waid
2  Waid Law Office, PLLC
3  5400 California Ave. SW, Suite D
   Seattle, Washington 98136
4  Telephone: 206-388-1926
5

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | CASE NO. 21-cv-03126-TOR |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION DUE TO SUBSTITION OF COUNSEL |
| RICK GRAY and GRAY FARMS & CATTLE COMPANY, LLC, | |
| Defendants. | [LCivR 83.2(d)(3)] |
| | Without Oral Argument April 28, 2022 |

Movants BRIAN J. WAID and WAID LAW OFFICE, PLLC

(hereinafter collectively "WAID") ask leave to withdraw from

representation in this matter, as authorized by LCivR 83.2(d)(3), effective

immediately due to defendants' retention of replacement counsel.

Brian Waid and Waid Law Office, PLLC entered a limited

appearance on behalf of defendants, to preserve the defendants' defenses

Motion for Leave to Withdraw
Page 1 of 3

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

while the defendants sought to retain defense counsel in this case.  Dkt. 8.  During their representation, Waid prepared defendants' Answer to the Complaint [Dkt. 11] and successfully defended the Plaintiff's motion to strike the Answer and enter a default judgment against the defendants.  Dkt. 21.  Waid also appeared on behalf of defendants at the perpetuation deposition of Al Bak and negotiated the Joint Discovery Plan with Plaintiff's counsel.  Dkt. 18 ¶¶6-7 and Ex. B-C.

Defendants recently retained replacement counsel, Jennifer Wellman and Skellenger Bender, P.S.  Movants have therefore completed their limited engagement and ask leave to withdraw from representation of the defendants, effective immediately, so as not to interfere with defendants' representation by replacement counsel.

DATED:   April 6, 2022.

WAID LAW OFFICE, PLLC

BY:   /s/Brian J. Waid
BRIAN J. WAID
WSBA No.  26038
Withdrawing Attorney for
Defendants [Limited Engagement]

Motion for Leave to Withdraw
Page 2 of 3

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I served a copy of foregoing pleading on all counsel of record through their respective attorneys of record via the Court's ECF delivery system, as well as on Defendants through Rick T. Gray, P.O. Box 1525, Prosser, WA 99350 via email.

Dated:   April 6, 2022.

WAID LAW OFFICE, PLLC

BY:   /s/ Brian J. Waid
BRIAN J. WAID
WSBA No. 26038
Withdrawing Attorney for Defendants
[Limited Engagement]

Motion for Leave to Withdraw
Page 3 of 3

**WAID LAW OFFICE, PLLC**
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926