# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br><br> RICK T. GRAY and, <br> GRAY FARMS & CATTLE CO. LLC <br> *Defendant* | Civil Action No. 1:21-CV-3126-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order filed at ECF No.120, Defendants Rick T. Gray and Gray Farms & Cattle Co. LLC are jointly and severally liable to the United States in the amount of $541,284.
Defendant Rick T. Gray is additionally liable to the United States in the amount of $44,000.
Defendant Gray Farms & Cattle Co. LLC, is additionally liable to the United States in the amount of $22,000.
According to 28 U.S.C. § 1961, post judgment interest shall accrue at the rate of 4.20%;

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

Date: 2/25/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham